IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

NORTH PACIFIC GROUP                              PLAINTIFF

    v.           Case No. 6:08-CV-6037

CURT BEAN LUMBER CO.                             DEFENDANT/Third-
                                                 Party PLAINTIFF

    v.

SCOTT THOMASON, COREY THOMASON,
MID-ARK LUMBER                                   Third-Party
                                                 DEFENDANTS/CROSS-
                                                 CLAIMANTS

    v.

NORTH PACIFIC GROUP                              CROSS-DEFENDANT

## O R D E R

Before the Court is the parties' Notice of Joint Stipulation of Dismissal Without Prejudice (Doc. 85) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. As all parties appearing in the matter have signed a stipulation of dismissal, the Court finds that the cross-claims of Scott Thomason, Corey Thomason, and Mid-Ark Lumber, Inc. against North Pacific Group (Docs. 29, 30) should be and hereby are DISMISSED WITHOUT PREJUDICE.  The parties shall bear their own fees and costs.

    IT IS SO ORDERED this 8th day of September, 2009.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge